AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

```
FILED ✓        ____ LODGED
RECEIVED ✓     ____ COPY

AUG 1 1 2023

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY _____ DEPUTY
```

United States of America
v.
Ariela Melissa Leyva

Case No. CR-23-1026-PHX-DJH

~~SEALED~~

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ariela Melissa Leyva,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

8:1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) - Conspiracy to Transport Illegal Aliens for Profit

*Issuing officer's signature*

City and state: Phoenix, Arizona

ISSUED ON 11:50 am, Jul 06, 2023
s/ Debra D. Lucas, Clerk

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

### Return

This warrant was received on *(date)* 7.6.23, and the person was arrested on *(date)* 8.02.23
at *(city and state)* Phoenix AZ.

Date: 8.02.23

*Arresting officer's signature*

Amstel by HSI
*Printed name and title*